IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:04-00141-01

NOEL RICHARDSON

## MEMORANDUM OPINION AND ORDER

Pending before the court are the following pro se motions filed by defendant:

1. Letter Motion for Relief from Restitution Obligation (doc. # 46); and

2. Letter Motion for Modification of Restitution Order (doc. # 47).

Construing defendant's filings liberally, he appears to be notifying the court of a material change in his economic circumstances and requesting a change in his payment schedule or that he be required to make no payment at all. Pursuant to 18 U.S.C. § 3664(k), the Clerk's Office is directed to send copies of the aforementioned motions to the government so that it can provide the required notifications and file a response to the motions.

The Clerk is directed to send copies of this Memorandum Opinion and Order to defendant, counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 2nd day of July, 2009.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge