IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:04-00141-01

NOEL R. RICHARDSON

MEMORANDUM OPINION AND ORDER

Several motions appear as pending on the docket, most of which concern defendant's restitution obligation.  Given defendant's death, see ECF No. 209, the Clerk is **DIRECTED** to terminate ECF Nos. 39, 46, 47, 130, and 209 as moot.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 1st day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge